[No. 59795-7-I. Division One. April 28, 2008.]

RICHARD A. MONTGOMERY ET AL., *Appellants*, v. OCEAN CREST SEAFOODS CORPORATION ET AL., *Defendants*, SONNY YI ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-32694-8, Charles W. Mertel, J., entered March 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59879-1-I. Division One. April 28, 2008.]

NORTHLAKE APARTMENTS, LLC, *Appellant*, v. EGYPT LIMITED PARTNERSHIP, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-24097-2, Sharon S. Armstrong, J., entered March 23, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60002-8-I. Division One. April 28, 2008.]

*In the Matter of the Personal Restraint of* TIMOTHY JAMES GARDNER, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.

[No. 60017-6-I. Division One. April 28, 2008.]

*In the Matter of the Marriage of* RHONDA STALEY, *Appellant*, and JEFFERY STALEY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-3-01170-1, Larry E. McKeeman, J., entered April 18, 2007. *Affirmed* by unpublished per curiam opinion.